UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLODYA DARBINYAN, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DENNY'S, INC., and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00317-R-GJS<br><br>Assigned to the Hon. Manuel L. Real<br>Courtroom 8, 2nd Floor<br><br>**JUDGMENT GRANTING SUMMARY JUDGMENT IN FAVOR OF DEFENDANT DENNY'S, INC. AND AGAINST PLAINTIFF KLODYA DARBINYAN**<br><br>Date:　　June 20, 2016<br>Time:　　10:00 a.m.<br>Courtroom: 8 |

On June 20, 2016, a hearing was scheduled before the Honorable Manuel L. Real on Defendant Denny's, Inc.'s ("Defendant") Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment against Plaintiff Klodya Darbinyan. The Court took the matter under submission on the papers without oral argument.

The Court read and duly considered the moving, opposing, and reply documents, and duly considered all evidence and argument presented in connection therewith. Satisfactory proof having been made, and good cause appearing

1  therefore, the Court granted Defendant's Motion for Summary Judgment in its
2  entirety.
3       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff
4  Klodya Darbinyan take nothing on her action and that judgment is hereby entered in
5  favor of Defendant Denny's, Inc.
6  ~~IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that~~
7  ~~Defendant Denny's, Inc. shall recover costs of suit from Plaintiff Klodya Darbinyan~~
8  ~~in an amount pursuant to an Application to Tax Costs.~~
9
10  **IT IS SO ORDERED.**
11
12
13  Dated: July 20, 2016
14                                                  Honorable Manuel L. Real
                                                Judge of the United States District Court

FORD & HARRISON LLP
ATTORNEYS AT LAW
LOS ANGELES

WSACTIVELLP:8508349.1 — - 2 - — JUDGMENT GRANTING SUMMARY JUDGMENT